# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

DANIEL P. COLUCCIO, ESQ.
ASSOCIATE
EMAIL: dcoluccio@lcbf.com

ONE GATEWAY CENTER
22ND FLOOR
NEWARK, NJ 07102
TEL: (973) 623-2700
www.lcbf.com

120 Broadway
13th Floor
New York, NY 1027`
Tel: (212) 561-8540
One Penn Center

1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

November 13, 2024

*Via E-Filing*
Hon. Rukhsanah L. Singh, U.S.M.J.
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E State Street
Trenton, NJ 08608

    Re:  **Kathleen Gonsior v. National Railroad Passenger Corporation**
       **Civil Action No. 3:24-cv-00816-RK-RLS**

Dear Judge Singh:

  This office represents Defendant National Railroad Passenger Corporation ("Amtrak") in the above-referenced matter. This matter is presently scheduled for a settlement conference before Your Honor on November 21, 2024, at 10:00 a.m. Despite the Court's August 13, 2024 Order directing Plaintiff to provide a settlement demand at least fourteen (14) days prior to the Settlement Conference, Plaintiff did not inform Amtrak of her demand until November 11, 2024. Also on November 11, 2024, Plaintiff served Amtrak with an orthopedic expert report containing new allegations related to the alleged severity of Plaintiff's injuries. Moreover, there were multiple delays in obtaining a date for the Plaintiff's deposition; although Amtrak recently agreed to depose Plaintiff remotely on November 14, 2024, after receiving Plaintiff's settlement demand and expert report, Amtrak has adjourned that deposition and requested new dates for an in-person deposition of Plaintiff.

  These recent developments will significantly impede Amtrak's ability to engage in meaningful settlement negotiations on November 21, 2024. Accordingly, Amtrak respectfully requests that the Court adjourn the pending settlement conference. Amtrak further requests that the Settlement Conference be rescheduled to a date in the second half of December, if Plaintiff's deposition can be scheduled within the next three weeks, or January 2025.

  Thank you for Your Honor's attention to this matter. Please do not hesitate to contact the undersigned with any questions or additional needs.

4867-7768-0888v.1

        Respectfully submitted,

        ***/s/ Daniel P. Coluccio***

        Daniel P. Coluccio


cc:    Giovanni (John) Anzalone, Esq. (via e-filing)
        Andrew B. Charkow, Esq. (via e-filing)