

# WILENTZ
## —ATTORNEYS AT LAW—
WILENTZ, GOLDMAN & SPITZER, P.A.
**JOHN ANZALONE, ESQ.**

T: 732.855.6021
F: 732.726.6689
janzalone@wilentz.com

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000

November 19, 2025

<u>VIA E-FILING</u>
The Honorable Rukhsanah L. Singh, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
403 E. State Street
Trenton, New Jersey 08608

RE: Kathleen Gonsior v. National Railroad Passenger Corporation
Civil Action No.: 3:24-cv-00816-RK-RLS

Dear Judge Singh:

As the Court's records will reflect, this firm represents the Plaintiff, Kathleen Gonsior, in the above-captioned civil matter. As the Court will recall, the parties were last before the Court on October 21, 2025 for a settlement conference. At the time of the settlement conference, I advised the Court that fact discovery had been put on hold in light of the upcoming settlement conference as the parties were hopeful that a resolution of the matter would spare the effort, time and expense of producing Amtrak personnel and an inspection of the subject train car. At that time, I advised the Court that I would be seeking an extension of the fact discovery period in this matter wherein the Court advised me to confer with defense counsel and forward a letter proposing such an extension.

I write to advise that I have conferred with counsel for defendant(s) and have counsel's consent for a 90 day extension of the fact discovery period in this matter. The proposed expert discovery schedule forwarded to the Court today under separate letter from defense counsel incorporates a 90 day extension of the fact discovery period in this matter. Thank you.

Respectfully submitted,

GIOVANNI (JOHN) ANZALONE

GA/ja
cc: Rachel S. Rubenstein, Esq.